IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| BRITTANY RENNE LAVERDURE | Violation:  18 U.S.C. §§ 1112 and 1153 |

**Involuntary Manslaughter**

The Grand Jury Charges:

On or about September 21, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

BRITTANY RENNE LAVERDURE,

an Indian, with wanton and reckless disregard for human life amounting to gross negligence, did kill M.D.P. Jr., without malice, while engaged in an unlawful act not amounting to a felony, which she knew and reasonably should have known was a threat to human life, that is, driving a motor vehicle under the influence of multiple substances, attempting to make a U-turn, and pulling out into oncoming traffic, and without due care for the rights and safety of others;

In violation of Title 18, United States Code, Sections 1112 and 1153.

TRUE BILL:

/s/ Foreperson _____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney